# United States Court of Appeals
## for the Fifth Circuit

United States Court of Appeals
Fifth Circuit

**FILED**
June 8, 2022

Lyle W. Cayce
Clerk

No. 21-40688

UNITED STATES OF AMERICA,

*Plaintiff—Appellee*,

*versus*

JULIO CESAR CASAS, JR.,

*Defendant—Appellant*.

Appeal from the United States District Court
for the Southern District of Texas
USDC No. 1:21-CR-76-1

Before HIGGINBOTHAM, HIGGINSON, and OLDHAM, *Circuit Judges*.

PER CURIAM:*

The attorney appointed to represent Julio Cesar Casas, Jr. on appeal has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir. 2011). Casas has not filed a response. We have reviewed counsel's brief and the relevant portions of the record reflected therein. In

---

* Pursuant to 5TH CIRCUIT RULE 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIRCUIT RULE 47.5.4.

No. 21-40688

light of our recent opinions in *United States v. Martinez*, 15 F.4th 1179, 1180-81 (5th Cir. 2021), *United States v. Mejia-Banegas*, 32 F.4th 450 (5th Cir. 2022), and *United States v. Henderson*, 29 F.4th 273, 276 (5th Cir. 2022), we concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.